UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER RENEE
HAACK,

      Plaintiff,                          Case No. 16-cv-14304

                                      Paul D. Borman
v.                                    United States District Judge

COMMISSIONER OF                Anthony P. Patti
SOCIAL SECURITY,                United States Magistrate Judge

      Defendant.
_____/

<u>ORDER (1) ADOPTING MAGISTRATE JUDGE PATTI'S MAY 22, 2017
REPORT AND RECOMMENDATION, AND (2) DISMISSING DEFENDANT
HEALTH AND HUMAN SERVICES WITHOUT PREJUDICE</u>

On May 22, 2017, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to dismiss Plaintiff's claims against Defendant Secretary of Health and Human Services for failure to serve a summons on this Defendant within the time period required under Federal Rule of Civil Procedure 4(m).

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court DISMISSES Defendant Secretary of Health and Human Services

1

WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 14, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2017.

                                          s/Deborah Tofil
                                          Case Manager