UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER RENEE HAACK,

        Plaintiff,                              Case No. 16-cv-14304

v.                                                Paul D. Borman
                                                   United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                          Anthony P. Patti
                                                     United States Magistrate Judge

        Defendant.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued this day it is ORDERED AND ADJUDGED that Magistrate Judge Anthony P. Patti's March 1, 2018 and March 20, 2018 Report and Recommendations are ADOPTED, Plaintiff's Objections to the March 20, 2018 Report and Recommendation are OVERRULED, Plaintiff's Motion for Remand is DENIED, Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED and the findings of the Commissioner are AFFIRMED.  Judgment is entered in favor of Defendant and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2018